## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Joanne Perez,

        Plaintiff,                   Civil No.07-3677 (RHK/AJB)

vs.                              **DISQUALIFICATION AND
                                          ORDER FOR REASSIGNMENT**

Wyeth and its division, Wyeth
Pharmaceuticals, Inc., Pharmacia
& Upjohn Company, L.L.C., f/k/a
Pharmacia & Upjohn Company, Pfizer,
Inc.

        Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 13, 2007

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge